# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 30, 2025

## NO. 03-25-00479-CV

### C. C. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on June 9, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.